# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

FLOYD L. SEMONS,

    Plaintiff,

v.                                                        Case No. 13-CV-994

JIEIRE A. VANCE and BEVERLY WILLIAMS,

    Defendants.

## ORDER

Floyd Semons has filed a motion to amend the complaint to add Lieutenant Gold as a party (Docket # 39). He asserts that Lieutenant Gold, who is a "grievance responder" for the Milwaukee County Jail, did not turn in all of the grievances he filed related to his claim in this case and related to other issues. According to Semons, Lieutenant Gold's failure to submit the grievances violated Semons' First Amendment rights and Jail procedure. However, Semons did not file a proposed amended complaint along with this motion. *See* Civil L.R. 15(a) (E.D. Wis.) ("Any amendment to a pleading, whether filed as a matter of course or upon a motion to amend, must reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference."). In addition, I note that "[p]rison grievance procedures are not mandated by the First Amendment and do not by their very existence create interests protected by the Due Process Clause, and the alleged mishandling of [ ] grievances by persons who otherwise did not cause or participate in the underlying conduct states no claim." *Owens v. Hinsley*, 635 F.3d 950, 953 (7th Cir. 2011) (citing *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007)). Based on the foregoing, Semons' motion to amend will be denied.

Semons has also filed a separate document titled motion to amend complaint and add defendants, although this motion refers to his first motion and is not actually a separate motion to amend (Docket # 41). Rather, Semons asks if the defendants are required to respond to the motion to amend, appears to make a settlement offer, and seeks to place this case on hold if the defendants do not agree to his settlement offer. He also asks that this case be placed on hold while he looks for an attorney.

It is not clear whether the defendants will agree to Semons' settlement offer. The parties should advise the Court if they have agreed to settle the case. Additionally, I will not stay the case while Semons looks for an attorney. As stated in the Court's prior order denying his request for *pro bono* counsel, this case is not overly complex and Semons' filings demonstrate significant comprehension of the proceedings and knowledge of the legal issues involved. (*See* Court's Order of December 17, 2013, at 1-2.) Accordingly, Semons' motion will be denied.

**NOW, THEREFORE, IT IS ORDERED** that the plaintiff's motion to amend the complaint (Docket # 39) be and hereby is **DENIED**.

**IT IS FURTHER ORDERED** that the plaintiff's motion to amend the complaint (Docket # 41) be and hereby is **DENIED**.

Dated at Milwaukee, Wisconsin this 19th day of June, 2014.

BY THE COURT:

*s/Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge